ROBBINS GELLER
    RUDMAN & DOWD LLP
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
SteveP@rgrdlaw.com
JimC@rgrdlaw.com
LarryA@rgrdlaw.com
    – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@rgrdlaw.com

Attorneys for Respondents

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: | Lead Case No. M:06-cv-01781-SBA |
| CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION | **[E-Filing]** |
| | STIPULATION AND ORDER FOR TRANSFER OF PROCEEDINGS TO THE HONORABLE RICHARD SEEBORG |

1

2      WHEREAS, the Honorable Richard Seeborg is presiding over matters relating to

3   "litigating plaintiffs" in *Veliz, et al. v. Cintas Corporation, et al.*, C-03-1180 (N.D. Cal.), with

4   the exception of the claims of certain plaintiffs concerning alleged violations of the Employee

5   Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001 *et seq.* (Dkt Nos.  726-727);

6      WHEREAS, the Honorable Saundra Brown Armstrong presently presides over those

7   plaintiffs who the Court has ruled have binding arbitration agreements with Cintas and whose

8   claims the Court has stayed pending arbitration ("arbitrating plaintiffs"), and claims involving

9   alleged violations of ERISA, in *Veliz et al v. Cintas Corporation et al,* Case No. C-03-1180

10  (N.D. Cal.);

11     WHEREAS, the Honorable Saundra Brown Armstrong presently presides over the 70

12  separate actions which were consolidated by the Judicial Panel on Multidistrict Litigation for

13  pretrial proceedings, in *In Re Cintas Corp. Overtime Pay Arbitration Litigation*, Case No. C-06-

14  1781 (N.D. Cal.) ("arbitration petitions");

15     WHEREAS, the parties are preparing to present to the Court for approval the complete

16  settlement of all aspects of this action and related proceedings; and

17     WHEREAS, the parties believe it will be most efficient for the Court and the parties to

18  proceed before a single judge with the approval and confirmation of the settlement of all matters;

19     NOW THEREFORE, the parties, through their respective counsel of record, agree and

20  stipulate to an Order of the Court that: All matters in the above-captioned proceedings currently

21  before the Honorable Saundra Brown Armstrong shall be transferred to the Honorable Richard

22  Seeborg.

23     IT IS SO STIPULATED.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS        - 2 -

1  DATED: October 4, 2010                    ROBBINS, GELLER
                                                RUDMAN & DOWD LLP
2                                            STEVEN W. PEPICH
                                             JAMES A. CAPUTO
3                                            LAWRENCE A. ABEL

4

5                                            _____
                                                    /s/ James A. Caputo
                                                  JAMES A. CAPUTO
6

7

8                                            ALTSHULER BERZON LLP
                                             MICHAEL RUBIN
9                                            EILEEN GOLDSMITH
                                             177 Post Street, Suite 300
10                                           San Francisco, CA  94108
                                             Telephone:  415/421-7151
11                                           415/362-8064 (fax)

12                                           TRABER & VOORHEES
                                             THERESA M. TRABER
13                                           128 No. Fair Oaks Avenue, Suite 204
                                             Pasadena, CA  91103
14                                           Telephone:  626/585-9611
                                             626/577-7079 (fax)

15
                                             Attorneys for Plaintiffs
16

17  DATED:  October 4, 2010                  SQUIRE, SANDERS & DEMPSEY, L.L.P.
                                             MARK C. DOSKER
18                                           DIANE L. GIBSON
                                             MICHAEL W. KELLY
19

20

21                                           _____
                                                    /s/ Mark C. Dosker
                                                  MARK C. DOSKER
22

23                                           275 Battery Street, Suite 2600
                                             San Francisco, CA  94111
24                                           Telephone: 415/954-0200
                                             415/391-2493 (fax)

25
                                             Attorneys for Petitioner Cintas Corporation and
26                                           Plan Administrator for the Cintas Partners' Plan

27
                                    *        *        *
28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS        - 3 -

1

**O R D E R**

2        Having considered the parties' stipulation, and good cause appearing therefor,

3        IT IS SO ORDERED.

4    DATED: October 14,2010

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28